IN THE COURT OF APPEALS OF TENNESSEE
MIDDLE SECTION AT NASHVILLE

THURSTON ANDREW HELMS,       )
                             )
        Plaintiff/Appellant, )
                             )        Davidson Chancery
                             )        No. 92-3515-I
VS.                          )
                             )        Appeal No.
                             )        01-A-01-9505-CH-00194
MICHAEL C. GREENE,           )
COMMISSIONER, TENNESSEE      )
DEPARTMENT OF SAFETY,        )        **FILED**
                             )
        Defendant/Appellee.  )        **January 31, 1997**

**PARTIAL DISSENTING OPINION**       **Cecil W. Crowson**
                                     **Appellate Court Clerk**

        I concur in the result reached in this case, but continue to be troubled

by the question of the appellant's right to a jury trial.  Since my two colleagues

participated in the case of *Jones v. Greene*, App. No. 01-A-01-9505-CH-00187 (Tenn.

App. Dec. 4, 1996), which decided this issue contrary to the appellant's position, I will

not press the issue here.  But, I decline to join Part III of the majority opinion.


                                     _____
                                     BEN H. CANTRELL, JUDGE